**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Theodore David SCOTT, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 7, 2000.

Guy R. Sciolla, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM:

**AND NOW,** this 7th day of September, 2000, the petition for allowance of appeal is granted. The order of the Superior Court is reversed. See *Commonwealth v. Wimbush,* 561 Pa. 368, 750 A.2d 807 (2000); *Commonwealth v. Goodwin,* 561 Pa. 346, 750 A.2d 795 (2000)